442 A.2d 351

Commonwealth v. Ragin, Appellant.

Argued December 14, 1981. Nathaniel C. Nichols, for appel-

lant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.